RECEIVED
JUL 15 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 12-00166 |
|---|---|
| -vs- | JUDGE DRELL |
| WHITNEY CHANEE ANDERSON & ROY ELBERT CARLTON | MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Carlton's motion to suppress (Doc. No. 48) be DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 15th day of July, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT